IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTROCRAFT ARKANSAS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:09cv00318 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| SUPER ELECTRIC MOTORS, LTD and | * | |
| RAYMOND O'GARA, INDIVIDUALLY | * | |
| AND AS PARTNER AND AGENT OF | * | |
| SUPER ELECTRIC MOTORS, LTD, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Now before the Court is the agreed request for extension of Electrocraft Arkansas, Inc. and Super Electric Motors Limited and the Court finds that the request should be granted.

IT IS, THEREFORE, ORDERED that Electrocraft Arkansas, Inc. shall have an extension of time through and including August 7, 2009 to respond to the joint motion to dismiss filed herein and to respond to the counterclaim of Super Electric Motors Limited.

IT IS FURTHER ORDERED that Super Electric Motors Limited shall have an extension of time to reply to the response to Super Electric's motion to dismiss through and including August 20, 2009.

Dated this 23rd day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

APPROVED:

*/s/ M. Stephan Bingham*
M. Stephen Bingham
CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 Presidential Clinton Avenue, Suite 200
Little Rock, Arkansas 72201

*/s/ William A. Waddell, Jr.*
William A. Waddell, Jr.
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201