IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELECTROCRAFT ARKANSAS, INC.,           *
                                       *
              Plaintiff,               *
                                       *
vs.                                    *          No. 4:09cv00318 SWW
                                       *
                                       *
                                       *
SUPER ELECTRIC MOTORS, LTD and         *
RAYMOND O'GARA, INDIVIDUALLY           *
AND AS PARTNER AND AGENT OF            *
SUPER ELECTRIC MOTORS, LTD,            *
                                       *
              Defendants.              *

<u>ORDER</u>

        The trial of Electrocraft Arkansas, Inc. vs. Super Electric Motors, Ltd is scheduled for the

week of October 4, 2010.  The Court previously advised the parties that because of other court

matters that take precedence, the trial must begin on October 4, 2010 and conclude no later than

October 8, 2010 (although jury deliberations may continue into the following week).  The parties

have advised the Court that there are no issues that need resolution prior to the normal pretrial

conference at 9:00 a.m. on the morning of October 4, 2010, and so the Court will not hold a

pretrial conference prior to that time.

        The parties were previously advised that the Court will break at approximately 5:00 p.m.

on Monday but that on the following days, the Court may hold Court for a longer period.

Assuming that the first day of trial will largely be comprised of selecting a jury and opening

statements and that the last day will be largely comprised of closing arguments and jury

instructions, there will be three full days for the parties to present their respective cases.  Given

these time constraints, the Court advises the parties that they each must adhere to certain time

limits as established by the Court.  Specifically, assuming the Court starts at 9:00 a.m. and adjourns at approximately 6:15 p.m. on Tuesday, Wednesday, and Thursday, and factoring in lunch and breaks, there will be about 400 minutes per day for the parties to present their evidence for a total of 1,200 minutes for the three days.  Each party, then, will have a total of 600 minutes, or 10 hours, for the three days in which to present its evidence.  Time will be counted against a party when that party spends time examining witnesses (both direct and cross).  If a party loses an objection, the time the Court takes to decide the objection will count against that party's time.  If a party delays resumption of the trial following a recess, the period of delay will count against that party's time.

IT IS SO ORDERED this 16th of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE