IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELECTROCRAFT ARKANSAS, INC.**                                **PLAINTIFF**

**V.**                   **CASE NO: 4:09-CV-318SWW**

**SUPER ELECTRIC MOTORS, LTD**                             **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon joint stipulation of the parties, it has been represented to the Court that the parties have fully resolved all claims asserted in the above-captioned matter. Therefore, this action is hereby dismissed with prejudice. The Court retains jurisdiction of the matter for purposes of enforcement of the confidential Settlement Agreement.

IT IS SO ORDERED this 5th day of October, 2010.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE

PREPARED BY:

M. Stephen Bingham (#83023)
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Ave., Suite 200
Little Rock, Arkansas 72201


By:    */s/ M. Stephen Bingham*
          M. Stephen Bingham


174755